# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Elijah E. Pacheco, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:23-cv-00113-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Tilley, et al. | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2023 Order.

August 29, 2023

*Katherine Hord Simon, Clerk*
United States District Court